

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                          312-435-5670
**Clerk**

Date: 07/21/2023

U.S. District Court
Northern District of California

Re: Hartley v. Meta Platforms, Inc.

USDC Case Number: 23cv4712

Dear Clerk:

Pursuant to the order entered by Honorable **Harry D. Leinenweber**, on 02/14/2023, the above record was

        x    electronically transmitted to Northern District of California

        ☐    paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

        Sincerely,
        Thomas G. Bruton, Clerk

        By:    /s/ David Jozwiak
                  Deputy Clerk

New Case No. _____          Date _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016